THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| FRANKLIN ERIC HALLS,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA BRADLEY STAPLES et al.<br><br>Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:23-CV-3-DN<br><br>District Judge David Nuffer |

After not hearing from Plaintiff for ten months, on May 7, 2024, the Court ordered him to within thirty days "SHOW CAUSE why this action should not be dismissed for failure to prosecute." (ECF No. 22.) Another seven weeks has now gone by with no further word from Plaintiff.

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 26th day of June, 2024.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge